IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| TRAVIS DIXON<br><br>              PLAINTIFF<br><br>VERSUS<br><br>DYNAMIC INDUSTRIES, INC., INNOVATIVE MANPOWER SOLUTIONS, LLC, WHITEWATER RESCUE INSTITUTE, INC., and CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.<br><br>              DEFENDANTS | CIVIL ACTION NO. 2:12-CV-1002<br><br>HONORABLE HELEN G. BERRIGAN<br><br>MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

ORDER

THE COURT, having considered the Ex Parte Unopposed Motion to Dismiss Cross Claim of Clean Harbors Environmental Services, Inc. Against Dynamic Industries, Inc., Without Prejudice filed on behalf of Clean Harbors Environmental Services, Inc. pursuant to Rule 41 of the Federal Rules of Civil Procedure and Rule 7.3 of the Local Rules of this Court, finds the pleading to be in the interests of justice; therefore,

IT IS ORDERED that the Ex Parte Unopposed Motion to Dismiss Cross Claim Without Prejudice filed on behalf of Clean Harbors Environmental Services, Inc. be and is hereby GRANTED.

IT IS FURTHER ORDERED that all claims brought or which could have been brought by Clean Harbors Environmental Services, Inc. in the cross claim filed against Dynamic Industries, Inc. be and are hereby DISMISSED WITHOUT PREJUDICE.

4823-6386-5874.1                                                                 1

IT IS FURTHER ORDERED that all remaining claims and rights of all other parties be and are hereby preserved and unaffected by this Order.

IT IS FURTHER ORDERED that Clean Harbors Environmental Services, Inc. no longer has any claims pending against it and has no outstanding claims adverse any other parties; therefore, all parties and the Clerk of Court are hereby directed to remove Clean Harbors Environmental Services, Inc. from their updated mailing matrixes.

New Orleans, Louisiana, this __9th__ day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE